$1,901.87, and, as modified, affirmed, without costs. Order filed.

HALL, Appellant, v. HALL, Respondent. (Supreme Court, Appellate Division, First Department. October 15, 1909.) Action by George R. Hall against Frances M. W. Hall. W. C. Margeson, for appellant. I. T. Flatto, for respondent. No opinion. Order modified, by reducing alimony to $100 a month and counsel fee to $150, and, as modified, affirmed, without costs. Settle order on notice.

HALLEY, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 22, 1909.) Action by James A. Halley against the New York Central & Hudson River Railroad Company.
PER CURIAM. Motion for leave to appeal to the Court of Appeals denied, without costs.
BURR, J., taking no part.

HAMLIN, Respondent, v. HILTON, Appellant. (Supreme Court, Appellate Division, Second Department. October 8, 1909.) Action by Edwin D. Hamlin against Alexander Hilton. No opinion. Judgment of the Municipal Court affirmed, with costs.

HAMMOND BEEF CO., Respondent, v. HAVRICHAK, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 20, 1909.) Action by the Hammond Beef Company against Mary Havrichak.
PER CURIAM. Judgment of County Court and of Justice's Court reversed, with costs in all courts to appellant. Held, that the complaint was not verified as required by law, so as to entitle the plaintiff to judgment thereon by default.
SPRING and WILLIAMS, JJ., dissent.

HANNA, Respondent, v. ZITO, Appellant. (Supreme Court, Appellate Division, First Department. June 11, 1909.) Action by Charles A. Hanna, as receiver, against Frank Zito. G. A. Baker, for appellant. J. M. Marshall, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

HARBAUGH, Appellant, v. HOLLIS PARK CO. et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 12, 1909.) Action by Parvin Harbaugh against the Hollis Park Company and others. No opinion. Judgment affirmed, with costs.

HARDEN, Respondent, v. TOWN OF CHARLOTTE, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 6, 1909.) Action by Frank D. Harden against the Town of Charlotte. No opinion. Judgment and order affirmed, with costs.

HARRISON, Appellant, v. RAVENSWOOD CO., Respondent. (Supreme Court, Appellate Division, First Department. June 11, 1909.) Action by John W. Harrison against the Ravenswood Company. H. M. Harmon, for appellant. E. L. Blackman, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re HART. (Supreme Court, Appellate Division, First Department. June 25, 1909.) In the matter of Benjamin Hart, deceased. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re HARTEAU et al. (Supreme Court, Appellate Division, Second Department. June 4, 1909.) In the matter of the final judicial settlement of the account of Margaret N. Harteau and others, as executors, etc. No opinion. Motion denied, without costs. See, also, 125 App. Div. 710, 110 N. Y. Supp. 59.

HARTMETZ, Respondent, v. BUFFALO EXPANDED METAL CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. July 6, 1909.) Action by Fred Hartmetz against the Buffalo Expanded Metal Company.
PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event, unless the plaintiff shall within 20 days stipulate to reduce the verdict to the sum of $6,000 as of the date of the rendition thereof, in which event the judgment is modified accordingly, and, as so modified, is, together with the order, affirmed, without costs of this appeal to either party.

HARTMETZ, Respondent, v. BUFFALO EXPANDED METAL CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. September 29, 1909.) Action by Fred Hartmetz against the Buffalo Expanded Metal Company. No opinion. Motion for leave to appeal to Court of Appeals denied, with $10 costs.

In re HASSELBROOK'S ESTATE. (Supreme Court, Appellate Division, Second Department. June 4, 1909.) In the matter of the estate of John H. Hasselbrook, deceased. No opinion. Order of the Surrogate's Court of Kings county affirmed, with $10 costs and disbursements. See, also, 128 App. Div. 874, 113 N. Y. Supp. 97.

HATCH, Respondent, v. WARREN, Appellant. (Supreme Court, Appellate Division, First Department. October 15, 1909.) Action by Edward S. Hatch against Lyman E. Warren. A. Thain, for appellant. V. P. Donihee, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

HAVILAND, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appel-

late Division, Second Department. October 8, 1909.) Action by Warren K. Haviland, as president of the fire department of the town of Newtown, against the City of New York. No opinion. Judgment affirmed, with costs.

HAWKEY et al., Respondents, v. SMITH, Appellant. (Supreme Court, Appellate Division, Second Department. October 12, 1909.) Action by Henry T. Hawkey and Simon J. Kelder, copartners, etc., against Frank E. Smith. No opinion. Judgment affirmed, with costs.

HAWKINS v. INTERNATIONAL RY. CO. (Supreme Court, Appellate Division, Fourth Department. July 6, 1909.) Action by Charles Hawkins against the International Railway Company.
PER CURIAM. Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the defendant upon the nonsuit, with costs.
SPRING, J., not sitting.

HAZELWOOD, Respondent, v. McCARTHY et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 11, 1909.) Action by Edgar H. Hazelwood against John F. McCarthy and others. No opinion. Appeal withdrawn in open court on payment of costs.

HEALY et al. v. JACOBS et al. (Supreme Court, Appellate Division, First Department. June 11, 1909.) Action by Frank Healy and another against Charles Jacobs and another. No opinion. Motions granted, with $10 costs to each respondent. Order filed.

HEBBERD, Com'r, Respondent, v. THOMANN, Appellant. (Supreme Court, Appellate Division, First Department. June 11, 1909.) Action by Robert W. Hebberd, as commissioner, against Gallus Thomann. H. S. Gans, for appellant. T. Connoly, for respondent. No opinion. Appeal dismissed, with $10 costs and disbursements. Order filed.

HEFNER, Appellant, v. REINFORCED CEMENT CONST. CO., Respondent. (Supreme Court, Appellate Division, Second Department. October 8, 1909.) Action by Joseph Hefner, Jr., against the Reinforced Cement Construction Company. No opinion. Appeal dismissed by default, with costs.

HEFNER, Appellant, v. REINFORCED CEMENT CONST. CO., Respondent. (Supreme Court, Appellate Division, Second Department. October 22, 1909.) Action by Joseph Hefner against the Reinforced Cement Construction Company. No opinion. Motion granted, on payment of $20 costs within 10 days, such costs to be paid by the attorney personally, and not to be charged by him against his client at any time.

HEIBERGER et al., Respondents, v. KARFIOL, Appellant. (Supreme Court, Appellate Division, Second Department. October 12, 1909.) Action by Sophia Heiberger and others, as executors, etc., of William Heiberger, deceased, against Benzion Karfiol. No opinion. Judgment affirmed, with costs.

HEILEMAN, Appellant, v. CLEVELAND, C., C. & ST. L. R. CO., Respondent. (Supreme Court, Appellate Division, First Department. June 25, 1909.) Action by Henry Heileman against the Cleveland, Cincinnati, Chicago & St. Louis Railroad Company. C. S. Simpkins, for appellant. J. S. Sheppard, Jr., for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re HEMLOCK STREET IN CITY OF NEW YORK. (Supreme Court, Appellate Division, Second Department. June 4, 1909.) In the matter of acquiring title by the City of New York to certain lands, etc., beginning at Hemlock street, etc. No opinion. Order affirmed, with $10 costs and disbursements.

HEMMERICH, Appellant, v. UNION DIME SAVINGS INST., Respondent. (Supreme Court, Appellate Division, First Department. July 13, 1909.) Action by Anna Hemmerich against the Union Dime Savings Institution. H. A. Gordon, for appellant. C. N. Bovee, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

HENNESSY, Respondent, v. LEHIGH VALLEY R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. July 6, 1909.) Action by James Hennessy against the Lehigh Valley Railroad Company. No opinion. Judgment and order affirmed, with costs.

HENRY, Respondent, v. JONES, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 6, 1909.) Action by Julia Henry against Griffith M. Jones.
PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event, unless the plaintiff shall, within 20 days, stipulate to reduce the verdict to the sum of $500 as of the date of the rendition thereof, in which event the judgment is modified accordingly, and, as so modified, is, together with the order, affirmed, without costs of this appeal to either party.
McLENNAN, P. J., dissents, and votes for affirmance. ROBSON, J., dissents, and votes for reversal.

HENSON, Respondent, v. LEHIGH VALLEY R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 6, 1909.) Action by Eva Henson, as administratrix, against the Lehigh Valley Railroad Company.
PER CURIAM. Order modified, by requiring the plaintiff to pay, in addition to the amount of costs awarded at the Special Term, costs in